# C. BRUCE LAWRENCE, TRUSTEE-IN-BANKRUPTCY
2400 Chase Square
Rochester, New York 14604
Telephone: (585) 232-5300 x256
Facsimile: (585) 238-9056
Email: cblawrence@boylanbrown.com

Sandra J. Ciaccia, Legal Assistant
Telephone: (585) 232-5300 x262
Facsimile: (585) 238-9062
Email: sjc@boylanbrown.com

June 13, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court
100 State Street
Rochester, New York 14614

Re: **Dennis J. Conklin – Case #10-20380**
**Request to Deposit Unclaimed Funds into the United States Treasury**

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $3.35. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

\_\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

**X** The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

**Claimant: Monroe County Water Authority Amount: $3.35 Claims Register: #4**

C. Bruce Lawrence



Case 2-10-20380-JCN   Doc 36   Filed 06/14/11   Entered 06/14/11 15:36:08   Desc Main
Document      Page 1 of 2

## DIVIDENDS REMITTED TO THE COURT

Case Number 10-20380 - CONKLIN, DENNIS J.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| MONROE COUNTY WATER AUTHORITY<br>PO BOX 41999<br>ROCHESTER NY 14604-4999 | 000004 | 87.38 | 3.35 |
| ---------- Remittance Total --------------- | | 87.38 | 3.35 |

_C. BRUCE LAWRENCE, Trustee_